■ ARLENE FARKAS, Respondent, v BRUCE R. FARKAS, Appellant, et al., Defendants.—Orders, Supreme Court, New York County (Phyllis Gangel-Jacob, J.), entered on December 31, 1991 and on or about March 3, 1992, respectively, unanimously affirmed for the reasons stated by Gangel-Jacob, J., without costs and without disbursements. Motion by defendant-appellant for a stay is denied. No opinion. Concur—Carro, J. P., Milonas, Ellerin and Ross, JJ.